Mark D. Feinberg, Esq. (CSB #160512)
Jean M. Heinz, Esq. (CSB #125114)
**HEINZ & FEINBERG**
ATTORNEYS AT LAW
707 BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101-5311
(619) 238-5454

Attorneys for Defendants Mark Schneider
and Mark Schneider Insurance Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VALENTINE and VALENTINE CAPITAL RETIREMENT PLANNING GROUP, a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MARK SCHNEIDER, et al. <br><br> Defendants. | CASE NO. 04-CV-02665-MEJ <br><br> STIPULATION TO EXTEND TIME FOR EXPERT DESIGNATION <br><br> AND ORDER |

     Plaintiffs JOHN VALENTINE and VALENTINE CAPITAL RETIREMENT PLANNING GROUP and Defendants MARK SCHNEIDER, MARK SCHNEIDER INSURANCE SERVICES INC., AMERICAN GENERAL LIFE INSURANCE COMPANY, DONALD S. MURPHY, DSM, INC., and INTERSTATE BENEFIT CONSULTANTS, INC. (collectively referred to herein as the "Parties") hereby stipulate and agree as follows:

     The date for the Disclosure of Expert Witnesses which is currently June 13, 2005 shall be continued to July 8, 2005, the date for Disclosure of Rebuttal Expert witnesses which is currently set for June 23, 2005 shall be continued to July 20, 2005, and the deadline to conclude expert witness depositions which is currently set for July 8, 2005 shall be continued to July 29, 2005.

This stipulation is entered into for the purpose of providing the Parties an opportunity to resolve the matter through mediation prior to expending the resources necessary to disclose and depose experts. The Parties have agreed to mediate this matter on June 22, 2005 with the Honorable Mark L. Eaton, Judge of the Superior Court, (Ret.). In the event that the matter does not resolve at mediation, the Parties will then disclose and depose expert witnesses. The Parties agree that the chances of resolution of this matter are enhanced if the Parties are able to participate in mediation prior to expending the funds associated with the disclosure of experts and the depositions of experts. The Parties therefore believe that the extension in time requested herein will enhance the likelihood that the mediation will be successful in resolving the case.

DATED: June 2, 2005                FLETCHER HARMS & PALMERI

                                   _____/S/_____
                                   Ronald J. Palmeri, Attorneys for Plaintiff
                                   John Valentine and Valentine Capital
                                   Retirement Planning Group

DATED: June 2, 2005                HEINZ & FEINBERG

                                   _____/S/_____
                                   Mark D. Feinberg, Attorneys for Mark
                                   Schneider and Mark Schneider Insurance
                                   Services, Inc.

DATED: June 2, 2005                WILSON, ELSER, MOSKOWITZ, EDELMAN
                                   & DICKER, LLP

                                   _____/S/_____
                                   William Lee, Attorneys for American
                                   General Life Insurance Company

/ / / / /

/ / / / /

DATED: June 2, 2005                    LAW OFFICES OF J. JEFFREY LONG

                                       _____/S/_____
                                       J. Jeffery Long, Attorneys for Donald S.
                                       Murphy dba DMS, Inc. and Interstate Benefit
                                       Consultants, Inc.

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**

DATED: June ____, 2005                 HEINZ & FEINBERG

                                       _____/S/_____
                                       Mark D. Feinberg, Attorneys for Mark
                                       Schneider and Mark Schneider Insurance
                                       Services, Inc.

### ORDER

Pursuant to the stipulation of the Parties, and good cause appearing therefor, the date for the Disclosure of Expert of Witness shall be July 8, 2005, the date for Disclosure of Rebuttal Experts shall be July 20, 2005 and the deadline to conclude Expert Depositions shall be July 29, 2005.

IT IS SO ORDERED.

DATED: June 6, 2005

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Magistrate Judge Maria-Elena James]*