Mark D. Feinberg, Esq. (CSB #160512)
Jean M. Heinz, Esq. (CSB #125114)
**HEINZ & FEINBERG**
ATTORNEYS AT LAW
707 BROADWAY, SUITE 1700
SAN DIEGO, CALIFORNIA 92101-5311
(619) 238-5454

Attorneys for Defendants Mark Schneider
and Mark Schneider Insurance Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VALENTINE and VALENTINE CAPITAL RETIREMENT PLANNING GROUP, a California Corporation,<br><br>                    Plaintiffs,<br><br>    v.<br><br>MARK SCHNEIDER, et al.<br><br>                    Defendants. | CASE NO. 04-CV-02665-MEJ<br><br>STIPULATION TO EXTEND TIME FOR EXPERT DESIGNATION |

      Plaintiffs JOHN VALENTINE and VALENTINE CAPITAL RETIREMENT PLANNING GROUP and Defendants MARK SCHNEIDER, MARK SCHNEIDER INSURANCE SERVICES INC., AMERICAN GENERAL LIFE INSURANCE COMPANY, DONALD S. MURPHY, DSM, INC., and INTERSTATE BENEFIT CONSULTANTS, INC. (collectively referred to herein as the "Parties") hereby stipulate and agree as follows:

      The date for the Disclosure of Expert Witnesses which is currently July 8, 2005 shall be continued to August 12, 2005, the date for Disclosure of Rebuttal Expert witnesses which is currently set for July 20, 2005 shall be continued to September 12, 2005 and the deadline to conclude expert witness depositions which is currently set for July 29, 2005 shall be continued to September 12, 2005.

This stipulation is entered into for the purpose of providing the Parties an opportunity to resolve the matter through mediation prior to expending the resources necessary to disclose and depose experts and because two of the attorneys involved in the matter have multiple week vacations scheduled in July and early August. The Parties participated in a mediation of this matter on June 22, 2005 with the Honorable Mark L. Eaton, Judge of the Superior Court, (Ret.). While the matter did not resolve on the day of mediation, the parties remain hopeful and optimistic that a settlement may be reached. Judge Eaton has agreed to remain involved in an attempt to fashion a resolution of the matter. In the event that the matter does not resolve at mediation, the Parties will then disclose and depose expert witnesses. The Parties agree that the chances of resolution of this matter are enhanced if the Parties are able to delay in expending funds for expert witnesses. The Parties therefore believe that the extension in time requested herein will enhance the likelihood that the mediation will be successful in resolving the case. Additionally, J. Jeffery Long, counsel for two of the Defendants and Ronald J. Palmeri have vacations scheduled for July and early August. In light of the previously scheduled vacations, said counsel request the dates be extended as herein requested. For the reasons set forth above, the Parties hereby stipulate to the requested extension.

DATED: June ___, 2005                FLETCHER HARMS & PALMERI

                                     _____/S/_____
                                     Ronald J. Palmeri, Attorneys for Plaintiff
                                     John Valentine and Valentine Capital
                                     Retirement Planning Group

DATED: June ____, 2005               HEINZ & FEINBERG

                                     _____/S/_____
                                     Mark D. Feinberg, Attorneys for Mark
                                     Schneider and Mark Schneider Insurance
                                     Services, Inc.

| | | |
|---|---|---|
| DATED: June ____, 2005 | | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |

_____/S/_____
William Lee, Attorneys for American General Life Insurance Company

DATED: June ____, 2005                    LAW OFFICES OF J. JEFFREY LONG

_____/S/_____
J. Jeffery Long, Attorneys for Donald S. Murphy dba DMS, Inc. and Interstate Benefit Consultants, Inc.

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**

DATED: June ____, 2005                    HEINZ & FEINBERG

_____/S/_____
Mark D. Feinberg, Attorneys for Mark Schneider and Mark Schneider Insurance Services, Inc.

**ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing therefor, the date for the Disclosure of Expert of Witness shall be August 12, 2005, the date for Disclosure of Rebuttal Experts shall be August 29, 2005 and the deadline to conclude Expert Depositions shall be September 12, 2005.

IT IS SO ORDERED.

DATED: July 11, 2005

_____
Maria-Elena James
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James]

-3-

Case No. 04-CV-02665-MEJ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28