Mark D. Feinberg, Esq. (CSB #160512)
Jean M. Heinz, Esq. (CSB #125114)
**HEINZ & FEINBERG**
ATTORNEYS AT LAW
707 BROADWAY, SUITE 1800
SAN DIEGO, CALIFORNIA 92101-5311
(619) 238-5454

Attorneys for Defendants Mark Schneider
and Mark Schneider Insurance Services, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VALENTINE and VALENTINE CAPITAL RETIREMENT PLANNING GROUP, a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MARK SCHNEIDER, et al. <br><br> Defendants. | CASE NO. 04-CV-02665-MEJ <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE OF MARK SCHNEIDER AND MARK SCHNEIDER INSURANCE SERVICES, INC.; AND <br><br> ORDER |

Plaintiffs JOHN VALENTINE and VALENTINE CAPITAL RETIREMENT PLANNING GROUP and Defendants MARK SCHNEIDER and MARK SCNEIDER INSURANCE SERVICES, INC. (herein collectively referred to as the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

Defendants MARK SCHNEIDER and MARK SCHNEIDER INSURANCE SERVICES, INC. shall immediately be dismissed from the action with prejudice;

The Parties shall bear their own attorney fees and costs incurred in this suit.

DATED: July 14, 2005                    FLETCHER HARMS & PALMERI

                                        _____/S/_____
                                        Ronald J. Palmeri, Attorneys for Plaintiff
                                        John Valentine and Valentine Capital
                                        Retirement Planning Group

DATED: July 14, 2005                    HEINZ & FEINBERG

                                        _____/S_____
                                        Mark D. Feinberg, Attorneys for Mark
                                        Schneider and Mark Schneider Insurance
                                        Services, Inc.

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**

DATED: July 14, 2005                    HEINZ & FEINBERG

                                        _____/S/_____
                                        Mark D. Feinberg, Attorneys for Mark
                                        Schneider and Mark Schneider Insurance
                                        Services, Inc.

**ORDER**

Pursuant to the stipulation of the parties, Defendants MARK SCHNEIDER and MARK SCHNEIDER INSURANCE SERVICES, INC., is dismissed from this action with prejudice.  The Parties shall each bear their own attorney fees and costs incurred in this suit.

IT IS SO ORDERED.

DATED: July 14, 2005

Maria-Elena Ja[...]
United State[...]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28