1  **J. JEFFREY LONG**
   Attorney at Law
2  Bar No. 119125
   550 SOUTH HOPE STREET
3  SUITE 1000
   LOS ANGELES, CALIFORNIA 90071
4  (213)327-0501;   Facsimile (213)327-0502

5  Attorney for Defendants, DONALD S. MURPHY, DSM, and Interstate Benefit Consultants, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VALENTINE and VALENTINE RETIREMENT PLANNING GROUP, a California Corporation, et al.,<br><br>Plaintiffs,<br>v.<br>MARK SCHNEIDER, et al.<br><br>Defendants | CASE NO. C 04 2665 MEJ<br><br>STIPULATION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS;<br><br>ORDER CONTINUING FILING DEADLINE FOR DISPOSITIVE MOTIONS AND HEARING DATE. |

Plaintiffs JOHN VALENTINE and VALENTINE CAPITAL RETIREMENT GROUP and Defendants DONALD S. MURPHY, DSM, INC., and INTERSTATE BENEFIT CONSULTANTS, INC. (collectively referred to herein as the "Parties") hereby stipulate and agree as follows:

The date for filing Dispositive Motions which is currently set for September 8, 2005 shall be continued to October 23, 2005.

This stipulation is entered into for the purpose of providing the remaining Parties an opportunity to Continue Settlement discussion.

DATE: July 15, 2005               LAW OFFICES OF J. JEFFREY LONG

                                  /S/
                                  _____
                                  J. Jeffrey Long, Attorney for Defendants
                                  Donald S. Murphy, DSM, Inc. and Interstate
                                  Benefit Consultants

1  DATED: July 15, 2005					FLETCHER HARMS & PALMERI

2

3						/S/
						Ronald J. Palmeri, Attorneys for Plaintiff
4						John Valentine and Valentine Capital
						Retirement Group
5

6
**I hereby attest that I have on file all holograph signatures for any
7 signatures indicated by a "conformed" signature (/S/) within this efiled
document.**
8
DATED: July 15, 2005					LAW OFFICES OF J. JEFFREY LONG
9

10
						/S/
11						J. Jeffrey Long, Attorney for Defendants
						Donald S. Murphy, DSM, Inc. and Interstate
12						Benefit Consultants

13
### ORDER
14
Pursuant to the stipulation of the Parties, and good cause appearing therefor, the
15
date for filing Dispositve Motions shall be continued to October 23, 2005.  Further,
16
The hearing date for dispositive motion, currently scheduled for September 8, 2005,
17 is hereby continued to November 17, 2005.

18	IT IS SO ORDERED

19

20
DATED:  August 9, 2005
21						_____
						Maria-E[lena James]
22						United States [Magistrate Ju]dge

23

24

25

26

27

28