1  ADRIENNE C. PUBLICOVER (SBN 161432)
   WILLIAM LEE (SBN 148652)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  650 California Street, 14th Floor
   San Francisco, California 94108-2718
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant
6  AMERICAN GENERAL
   LIFE INSURANCE COMPANY
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN VALENTINE and VALENTINE        ) | CASE NO.:  C 04 2665 MEJ
   | CAPITAL RETIREMENT GROUP, a         )
12 | California Corporation,             ) | **STIPULATION FOR DISMISSAL WITH**
   |                                     ) | **PREJUDICE AND [~~PROPOSED~~] ORDER**
13 |             Plaintiff.              )
   |                                     )
14 |      v.                             )
   |                                     )
15 | MARK SCHNEIDER; MARK SCHNEIDER      )
   | INSURANCE SERVICES, INC., a California )
16 | corporation; AMERICAN GENERAL LIFE  )
   | INSURANCE COMPANY, a Texas          )
17 | corporation; INTERSTATE BENEFIT     )
   | CONSULTANTS, INC., a Montana        )
18 | corporation; DONALD S. MURPHY,      )
   | individually and d.b.a. DSM         )
19 | INCORPORATED; and DOES 1 to 50,     )
   | inclusive,                          )
20 |                                     )
   |             Defendants.             )
21 |_____)
                                         )
22

23

24

25

26

27

28
                                         1
                     STIPULATION OF DISMISSAL AND ORDER
   164660.1

1    Plaintiffs John Valentine and Valentine Capital Retirement Group and defendant American
2  General Life Insurance Company, by and through their respective attorneys of record, hereby
3  stipulate and agree as follows:
4    1.   Defendant American General Life Insurance Company shall be dismissed from the
5  action with prejudice; and
6    2.   Each party shall bear their own attorneys fees and costs that have been incurred in
7  this lawsuit.

8   DATED: August 8, 2005          FLETCHER, HARMS & PALMERI

                                   /s/ Ronald J. Palmeri
10                    By: _____
                          RONALD J. PALMERI
11                        Attorneys for Plaintiff JOHN VALENTINE and
                          VALENTINE CAPITAL RETIREMENT PLANNING GROUP

13  DATED: August 31, 2005         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
14                                 LLP

                                   /s/ William Lee
16                    By: _____
                          ADRIENNE C. PUBLICOVER
17                        WILLIAM LEE
18                        Attorneys for Defendant
                          AMERICAN GENERAL LIFE INSURANCE COMPANY

20    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
21  "conformed" signature ( /S/) within this e-filed document.

23  DATED:  August 25, 2005        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
                                   LLP

                                   /s/ Rebecca Labat Crosby for
25                    By: _____
                          ADRIENNE C. PUBLICOVER
26                        Attorneys for Defendant
                          AMERICAN GENERAL LIFE INSURANCE COMPANY

2
STIPULATION OF DISMISSAL AND ORDER

164660.1

1  **ORDER**

2  Pursuant to the stipulation of the parties, defendant AMERICAN GENERAL LIFE

3  INSURANCE COMPANY is dismissed from this action with prejudice. The parties shall each bear

4  their own attorneys fees and costs incurred in this lawsuit.

5  IT IS SO ORDERED.

7  DATED: September 15, 2005   _____
8  THE HONORABLE MARIA-ELENA JAMES
   MAGISTRATE
9  UNITED STATES DISTRICT COURT



3
STIPULATION OF DISMISSAL AND ORDER

164660.1