1  **J. JEFFREY LONG**
   Attorney at Law
2  Bar No. 119125
   550 SOUTH HOPE STREET
3  SUITE 1000
   LOS ANGELES, CALIFORNIA 90071
4  (213)327-0501;   Facsimile (213)327-0502

5  Attorney for Defendants, DONALD S. MURPHY, DSM, and Interstate Benefit
   Consultants, Inc.
6

7            UNITED STATES DISTRICT COURT

8           NORTHERN DISTRICT OF CALIFORNIA

9
   JOHN VALENTINE and            )   CASE NO. C 04 2665 MEJ
10 VALENTINE RETIREMENT          )   ORDER RE:
   PLANNING GROUP, a California  )   **AMENDED** STIPULATION TO
11 Corporation, et al.           )   CONTINUE TRIAL AND PRETRIAL
                                 )   DATES ~~AND~~
12            Plaintiffs,         )
   v.                            )   ~~[PROPOSED] ORDER THEREON~~
13                               )
   MARK SCHNEIDER, et al.        )   Trial Date:  January 9, 2005
14                               )   Time:        1:30 p.m.
              Defendants          )   Courtroom:   "B"
15 _____ )   Place:       United States District Court
                                     450 Golden Gate Avenue
16                                    San Francisco, California

17

18        Plaintiffs JOHN VALENTINE, and VALENTINE CAPITAL RETIREMENT

19 GROUP by and through their attorney Ronald J. Palmeri, of the law offices of

20 FLETCHER, HARMS, & PALMERI and Defendants DONALD S. MURPHY, DSM,

21 INC., and INTERSTATE BENEFIT CONSULTANTS, INC., by and through their

22 attorney J. Jeffrey Long, of the LAW OFFICES OF J. JEFFREY LONG,  (collectively

23 referred to herein as the "Parties") hereby stipulate and agree as follows:

24        Whereas, the parties are engaged in settlement discussions, and

25        Whereas Defendant, DONALD S. MURPHY, the principal witness for

26 remaining Defendants has suffered extensive medical impairment during the course of

27 the last year to the extent that his ability to assist counsel in the preparation of defense

28

                              1
ORDER RE:  STIPULATION TO CONTINUE TRIAL AND
PRETRIAL DATES ~~AND PROPOSED ORDER THEREON~~

1    in this case is impaired, and he is unable to assist in the preparation of necessary pre-

2    trial documents. Mr. Murphy is unable to travel or sit for the amount of time necessary

3    for trial and requires daily medical care.

4          Now therefore, it is stipulated and agreed by and between the Parties, that upon

5    approval of the court, the following dates are continued from current dates to new

6    dates, as described below, or until such dates and times as the court may order;

| 7 | | <u>Current Date</u> | <u>New Date</u> |
|---|---|---|---|
| 8 | Trial (court)(Jury) . . . . . . . . . . . . . . | 1/9/06, 1:30 p.m. | 6/26/06, 1:30 p.m. |
| 9 | Pretrial Conference . . . . . . . . . . . | 12/8/05 | 5/26/06 |
| 10 | Final Pretrial Conference . . . . . . . . . | 1/5/06 | 6/22/06 |

11

12    DATE: November 17, 2005      LAW OFFICES OF J. JEFFREY LONG

13

14                                  /S/

15                            J. Jeffrey Long, Attorney for Defendants
                            Donald S. Murphy, DSM, Inc. and Interstate
16                            Benefit Consultants

17    DATED: November 16, 2005      HARMS, FLETCHER & PALMERI

18

19                                    /S/

20                            Ronald J. Palmeri, Attorney for Plaintiffs,
                            John Valentine and Valentine Capital
21                            Retirement Group

22    **I hereby attest that I have on file all holograph signatures for any signatures
    indicated by a "conformed" signature (/S/) within this efiled document.**
23

24    DATE: November 17, 2005      LAW OFFICES OF J. JEFFREY LONG

25

26                                    /S/

27                            J. Jeffrey Long, Attorney for Defendants
                            Donald S. Murphy, DSM, Inc. and Interstate
28                            Benefit Consultants

ORDER RE:  STIPULATION TO CONTINUE TRIAL AND
PRETRIAL DATES ~~AND PROPOSED ORDER THEREON~~

1

2

### <u>ORDER</u>

3        Pursuant to the stipulation of the Parties, and good cause appearing therefore, the

4  trial date and all pretrial dates are hereby continued.

5

6

7        IT IS SO ORDERED

8

9  DATED: November 18, 2005

10                                                    Maria-Elena James
                                                      United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE:  STIPULATION TO CONTINUE TRIAL AND
PRETRIAL DATES AND ~~PROPOSED ORDER THEREON~~