**J. JEFFREY LONG**
Attorney at Law
Bar No. 119125
550 SOUTH HOPE STREET
SUITE 1000
LOS ANGELES, CALIFORNIA 90071
(213)327-0501;  Facsimile (213)327-0502

Attorney for Defendants, DONALD S. MURPHY, DSM, and Interstate Benefit Consultants, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VALENTINE and VALENTINE RETIREMENT PLANNING GROUP, a California Corporation, et al.<br><br>Plaintiffs,<br>v.<br>MARK SCHNEIDER, et al.<br><br>Defendants | CASE NO. C 04 2665 MEJ<br><br>AMENDED ORDER RE: ~~AMENDED~~ STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES ~~AND~~<br><br>~~[PROPOSED] ORDER THEREON~~<br><br>Trial Date: January 9, 2005<br>Time: 1:30 p.m.<br>Courtroom: "B"<br>Place: United States District Court<br>450 Golden Gate Avenue<br>San Francisco, California |

Plaintiffs JOHN VALENTINE, and VALENTINE CAPITAL RETIREMENT GROUP by and through their attorney Ronald J. Palmeri, of the law offices of FLETCHER, HARMS, & PALMERI and Defendants DONALD S. MURPHY, DSM, INC., and INTERSTATE BENEFIT CONSULTANTS, INC., by and through their attorney J. Jeffrey Long, of the LAW OFFICES OF J. JEFFREY LONG, (collectively referred to herein as the "Parties") hereby stipulate and agree as follows:

Whereas, the parties are engaged in settlement discussions, and

Whereas Defendant, DONALD S. MURPHY, the principal witness for remaining Defendants has suffered extensive medical impairment during the course of the last year to the extent that his ability to assist counsel in the preparation of defense

1 in this case is impaired, and he is unable to assist in the preparation of necessary pre-
2 trial documents. Mr. Murphy is unable to travel or sit for the amount of time necessary
3 for trial and requires daily medical care.
4     Now therefore, it is stipulated and agreed by and between the Parties, that upon
5 approval of the court, the following dates are continued from current dates to new
6 dates, as described below, or until such dates and times as the court may order;

|    | Current Date | New Date |
|----|--------------|----------|
| Trial (court)(Jury) . . . . . . . . . . . . . . . | 1/9/06, 1:30 p.m. | 6/26/06, 1:30 p.m. |
| Pretrial Conference . . . . . . . . . . . | 12/8/05 | ~~5/26/06~~ 5/25/06 |
| Final Pretrial Conference . . . . . . . . . | 1/5/06 | 6/22/06 |

11 Please note Judge James' calendar is on Thursday mornings at 10:00 a.m.

12 DATE: November 17, 2005    LAW OFFICES OF J. JEFFREY LONG

14                        /S/

15                     J. Jeffrey Long, Attorney for Defendants
                    Donald S. Murphy, DSM, Inc. and Interstate
16                     Benefit Consultants

17 DATED: November 16, 2005    HARMS, FLETCHER & PALMERI

19                        /S/

20                     Ronald J. Palmeri, Attorney for Plaintiffs,
                    John Valentine and Valentine Capital
21                     Retirement Group

22 **I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**

23 DATE: November 17, 2005    LAW OFFICES OF J. JEFFREY LONG

26                        /S/

27                     J. Jeffrey Long, Attorney for Defendants
                    Donald S. Murphy, DSM, Inc. and Interstate
28                     Benefit Consultants

AMENDED ORDER RE: STIPULATION TO CONTINUE TRIAL AND
PRETRIAL DATES ~~AND PROPOSED ORDER THEREON~~

## ORDER

Pursuant to the stipulation of the Parties, and good cause appearing therefore, the trial date and all pretrial dates are hereby continued.

IT IS SO ORDERED

DATED: November 18, 2005

_____
Maria-Elena James
United States District Court Judge

AMENDED ORDER RE: STIPULATION TO CONTINUE TRIAL AND
PRETRIAL DATES ~~AND PROPOSED ORDER THEREON~~