IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VALENTINE AND VALENTINE RETIREMENT PLANNING GROUP, a California Corporation, et al., <br><br> Plaintiff, <br><br> vs. <br><br> MARK SCHNEIDER, et al., <br> Defendant. | No. C 04-2665 MEJ <br><br> **ORDER CONTINUING TRIAL DATE, PRETRIAL CONFERENCE, AND FINAL PRETRIAL CONFERENCE** |

Due to a conflict in the Court's calendar, the dates set forth in the Court's November 18, 2005 Order (Docket No. 41) are hereby VACATED. The new dates are as follows:

| | | |
|---|---|---|
| Trial Date | August 14 - 17, 2006 | 1:30 p.m. |
| Pretrial Conference | July 13, 2006 | 10:00 a.m. |
| Final Pretrial Conference | August 10, 2006 | 10:00 a.m. |

**IT IS SO ORDERED.**

Dated: April 18, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge