RONALD J. PALMERI CASBN 69252
Fletcher, Harms & Palmeri
433 Callan Avenue, Suite 301
San Leandro, California 94577
Telephone: (510) 347-1322
Facsimile:  (510) 347-1326
Email: rjp4law@sbcglobal.net

Attorneys for Plaintiffs John Valentine
and Valentine Capital Retirement
Planning Group

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VALENTINE and VALENTINE CAPITAL RETIREMENT PLANNING GROUP, a California Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>MARK SCHNEIDER, et al.<br><br>    Defendants. | CASE NO. 04-CV-02665-MEJ<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION AND [PROPOSED] ORDER |

Plaintiffs JOHN VALENTINE and VALENTINE CAPITAL RETIREMENT PLANNING GROUP and Defendants DONALD S. MURPHY, DSM, INC., and INTERSTATE BENEFIT CONSULTANTS, INC., (herein collectively referred to as the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

Plaintiffs JOHN VALENTINE and VALENTINE CAPITAL RETIREMENT PLANNING GROUP shall immediately dismiss the entire action, without prejudice;

The Parties shall bear their own attorney fees and costs incurred in this suit.

un 27 2006 12:11PM HP LASERJET 3330 P.3
Case 3:04-cv-02665-MEJ   Document 44   Filed 06/29/06   Page 2 of 2

DATED: June 27, 2005

FLETCHER HARMS & PALMERI

Ronald J. Palmeri, Attorneys for Plaintiff
John Valentine and Valentine Capital
Retirement Planning Group

DATED: June 27, 2005

LAW OFFICES OF J. JEFFREY LONG

J. Jeffrey Long, Attorneys for Defendants
Donald S. Murphy, DSM, Inc., and Interstate
Benefit Consultants, Inc.

### ORDER

Pursuant to the stipulation of the parties, the entire action, as to all remaining defendants, is dismissed without prejudice. The Parties shall each bear their own attorney fees and costs incurred in this suit. The Clerk of Court shall close the file.

IT IS SO ORDERED.

DATED: June 29, 2006

Judge Maria-Elena James

Valentine v. Schneider C04 2665 MEJ
STIPULATION FOR DISMISSAL
-2-
Case #04-CV-02665-MEJ